No. 320. PARR v. UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted and the case will be heard on the merits and on the question of appealability. *Thurman Arnold, Abe Fortas, Marvin K. Collie, Thomas E. James* and *Everett L. Looney* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 210. AZTEC LAND & CATTLE CO. v. NAVAJO REALTY Co. ET AL. Supreme Court of Arizona. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Robert Morrison,* Attorney General, and *R. G. Langmade,* Assistant Attorney General, for the State of Arizona, respondent.

No. 211. EDWARD B. MARKS MUSIC CORP. v. CONTINENTAL RECORD CO., INC. ET AL. C. A. 2d Cir. Certiorari denied. *Fulton Brylawski* for petitioner. *Maxwell Okun* for respondents.

No. 218. WHITENER v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *C. T. Graydon* for petitioner. *T. C. Callison,* Attorney General of South Carolina, and *William A. Dallis,* Assistant Attorney General, for respondent.

No. 239. WARRING v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *G. C. A. Anderson* and *Charles E. Ford* for petitioner. *Solicitor General Sobeloff, Assistant*

*Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 256.   CALLANAN ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Thurman Arnold, Morris A. Shenker* and *Sidney M. Glazer* for Callanan, and *Harry H. Craig* for Thompson, petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 275.   ORLANDO *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari denied.   *Laurence Sovik* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 276.   IN RE NARRAGANSETT PIER AMUSEMENT CORP. ET AL.   C. A. 1st Cir.   Certiorari denied.   *George S. Ryan* and *Max Winograd* for petitioner.   *Jacob J. Kaplan* for respondents.

No. 306.   WIELAND ET AL. *v.* C. A. SWANSON & SONS. C. A. 2d Cir.   Certiorari denied.   *Arthur F. Driscoll* and *George A. Raftery* for petitioners.   *Sumner Ford* for respondent.

No. 312.   UNITED STATES *v.* OHIO POWER Co.   Court of Claims.   Certiorari denied.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for the United States.   *J. Marvin Haynes, N. Barr Miller, F. Eberhart Haynes* and *Oscar L. Tyree* for respondent.